IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICHOLAS BRION, | ) | Case No. 8:11CV178 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1.  On or before **November 25, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 25th day of October 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge